United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. HOROWITZ,<br>    Plaintiff,<br>v.<br>JOSEPHINE K. OLSON,<br>    Defendant.                             / | No. C 06-05020 CRB<br><br>**AMENDED ORDER** |

Plaintiff, appearing *pro se*, has requested a "prompt ADR Phone Conference" in advance of the Case Management Conference currently scheduled for December 1, 2006. The government objects to this request, noting that Plaintiff recently filed an amended complaint, that a new attorney is handling the case for the government, and that the case has a lengthy history, the analysis of which demands a significant amount of time.

While the Court appreciates Plaintiff's effort to pursue this litigation in a timely fashion, the Court finds that Plaintiff has not established good cause in this case to conduct ADR proceedings on an expedited timetable. The Court anticipates that its order of August 21, 2006, has established a timetable that will provide the government with an adequate opportunity to formulate a position on the subject of ADR proceedings. In the meantime, of course, the parties remain free to pursue settlement discussions in advance of the Case Management Conference.

Plaintiff's motion to hold an expedited ADR phone conference is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 25, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE