IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. HOROWITZ,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD A. TSCHETTER,<br><br>    Defendant.<br>_____/ | No. C 06-05020 CRB<br><br>**ORDER** |

Now pending before the Court is Plaintiff's request for leave to file a surreply regarding Defendant's motion to dismiss. Plaintiff's request is hereby GRANTED. Plaintiff shall file his surreply, which shall not exceed five pages in length, not later than 12:30 pm on Thursday, February 1, 2007.

**IT IS SO ORDERED.**

Dated: January 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5020\order3.wpd