United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. HOROWITZ, | No. C 06-05020 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD A. TSCHETTER, et al., | |
| Defendants. | |

Plaintiff's motion for leave to file a supplement to his surreply is hereby GRANTED. The e-mail from Liberty Castillo, dated Tuesday, February 13, 2007, shall be filed in connection with Plaintiff's surreply and considered by the Court in connection with the government's pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5020\order5.wpd