IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. HOROWITZ, | No. C 06-05020 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GADDI H. VASQUEZ, | |
| Defendant. | |

Having received Plaintiff's motion to alter or amend the judgment under Rule 59(e), the Court hereby directs the government to file a responsive brief, not later than June 15, 2007, addressing the jurisdictional issues raised by Plaintiff on pages 1-3 of his motion.

**IT IS SO ORDERED.**

Dated: May 24, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5020\order6.wpd