IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. HOROWITZ,<br><br>   Plaintiff,<br><br>   v.<br><br>RONALD A. TSCHETTER,<br><br>   Defendant.   / | No. C 06-05020 CRB<br><br>**ORDER RE: MOTION**<br>**FOR RECONSIDERATION** |

   Having reviewed Plaintiff's motion for reconsideration, the Court finds no error, factual or legal, in its disposition of the case. Although Plaintiff claims in his motion that the basis for his age discrimination claim was not known to him until March of 2000, his amended complaint establishes that he knew, or should have known, of the basis for this age discrimination claim at the time he resigned from the Peace Corps, voluntarily or otherwise, in March of 1999. Am. Compl. ¶¶ 2, 24, 27. To the extent that venue for Plaintiff's claims of discrimination was originally proper in the District of Columbia, Plaintiff waived his objections to any change in venue when he requested that the case be transferred to the Northern District of California.

   Plaintiff repeatedly argues that the Court has violated the command that the complaint of a *pro se* litigant must be construed leniently. The issue in this case, however, is not whether Plaintiff has set forth allegations sufficient to state a claim, but rather whether

1  Plaintiff's allegations are so specific that he has pled himself out of a claim.  Here, even
2  construing its allegations in a favorable light, Plaintiff's amended complaint indicates its own
3  untimeliness.  The Court has considered the remaining arguments presented in Plaintiff's
4  motion to dismiss and finds that none of them merit amendment or withdrawal of the
5  judgment already entered in the case.  Accordingly, Plaintiff's motion to alter or amend the
6  judgment is DENIED.

   **IT IS SO ORDERED.**

Dated: September 19, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE